IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| BOOKER T. HUFFMAN, | : | |
|---|---|---|
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Civil Action No. 2:19-cv-00050-RWS-RSP |
| | : | |
| ACTIVISION PUBLISHING, INC., | : | |
| ACTIVISION BLIZZARD, INC., and | : | |
| MAJOR LEAGUE GAMING CORP., | : | |
| | : | |
| Defendants. | | |

**PLAINTIFF'S FINAL TRIAL WITNESS LIST**

Plaintiff, BOOKER T. HUFFMAN, pursuant to the Court's Docket Control Order entered in this case, and files this Final Trial Witness List for identification and categorization of trial witnesses.

At this time, Plaintiff identifies the following witnesses for trial:

| | WITNESS, employer, topic of testimony | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | Robert Booker Tio Huffman, Creation of G.I. Bro comic books, artwork | X | | |
| 2. | Sharmell Huffman, Creation of G.I. Bro comic books, artwork | X | | |
| 3. | Travis Huffman, Creation of G.I. Bro comic books, artwork | X | | |
| 4. | Heath D. West, Creation of G.I. Bro comic books | X<br><br>By Depo | | |
| 5. | Patrick M. Yarbrough, Creation of G.I. Bro comic books | X<br><br>By Depo | | |

|   | WITNESS, employer, topic of testimony | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 6. | W. Marc Schwartz, Defendants' gross revenues and rebuttal of Defendants' claimed expenses |  | X |  |
| 7. | Daniel Bunting, Defendants' copying | X<br><br>By Depo |  |  |
| 8. | Carolyn Wang, Defendants' copying, revenues and marketing | X<br><br>By Depo |  |  |
| 9. | Murad Ainuddin, Defendants' copying | X<br><br>By Depo |  |  |
| 10. | Alan Hunter, Defendants' copying | X<br><br>By Depo |  |  |

Respectfully submitted,

*/s/ T. Micah Dortch*
Patrick Zummo
State Bar No. 22293450
LAW OFFICES OF PATRICK ZUMMO
Two Houston Center
909 Fannin, Suite 3500
Houston, Texas 77010
(713) 651-0590 (Telephone)
(713) 651-0597 (Facsimile)
pzummo@zoomlaw.com

Timothy Micah Dortch
State Bar No. 24044981
POTTS LAW FIRM, LLP
2911 Turtle Creek Blvd, Suite 1000
Dallas, Texas 75219
(214) 396-9427 (Telephone)
(469) 217-8296 (Facsimile)
mdortch@potts-law.com

Christopher D. Lindstrom
State Bar No. 24032671
POTTS LAW FIRM, LLP
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
(713) 963-8881 (Telephone)
(713) 583-5388 (Facsimile)
clindstrom@potts-law.com
Attorneys for Plaintiff
Booker T. Huffman

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on June 17, 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/T. Micah Dortch*
T. MICAH DORTCH