IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL  DIVISION

| | | |
|---|---|---|
| BOOKER T. HUFFMAN | § | |
| | § | |
| V. | § | CIVIL NO. 2:19CV50 |
| | § | |
| ACTIVISION PUBLISHING, INC., et al | § | |

---

MINUTES FOR SECOND DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JUNE 22, 2021

OPEN: 8:32 a.m.                                           ADJOURN: 5:43 p.m.

---

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF: | Patrick  Zummo,  Micah Dortch and Christopher Lindstrom |
| ATTORNEYS FOR DEFENDANTS: | Melissa Smith, Daralyn Durie and Leon Carter |
| LAW CLERK: | Susan Stradley |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Kate McAlpine |

---

| | |
|---|---|
| 8:32 a.m. | Outside the presence of the jury, Mr. Zummo argues a violation by Mr. Carter of a motion in limine; Mr. Carter responds; Court questions Mr. Carter; Mr. Carter responds; Mr. Zummo responds; Court responds; Mr. Carter questions the Court regarding Mr. Zummo opening the door regarding the two books written by Mr. Huffman; Mr. Zummo responds; Mr. Dortch responds; Mr. Carter responds; Court responds |
| 8:47 a.m. | Jury seated |
| 8:47 a.m. | Mr. Carter continues with cross examination of Mr. Huffman |
| 8:47 a.m. | Objection by Mr. Zummo; Court - overruled |

| | |
|---|---|
| 8:48 a.m. | Bench conference |
| 8:49 a.m. | Mr. Carter continues with cross examination |
| 8:51 a.m. | Objection by Mr. Zummo; Mr.  Carter responds; Court - overruled |
| 8:51 a.m. | Objection by Mr. Zummo; Mr. Carter responds; Court - rephrase the question |
| 8:56 a.m. | Objection by Mr. Zummo; Court - rephrase the question |
| 8:57 a.m. | Objection by Mr. Zummo; Court responds |
| 9:00 a.m. | Objection by Mr. Carter; Court - sustained |
| 9:03 a.m. | Objection by Mr. Zummo; Court - rephrase the question |
| 9:15 a.m. | Objection by Mr. Zummo |
| 9:16 a.m. | Bench conference |
| 9:18 a.m. | Mr. Carter continues with cross examination |
| 9:19 a.m. | Objection by Mr. Zummo; Court responds |
| 9:22 a.m. | Bench conference |
| 9:23 a.m. | Mr. Carter continues with cross examination |
| 9:58 a.m. | Mr. Zummo begins redirect examination of Mr. Huffman |
| 10:02 a.m. | Objection by Mr. Carter; Court - overruled |
| 10:11 a.m. | Objection by Mr. Carter; Court - rephrase the question |
| 10:15 a.m. | Mr. Zummo offers Exhibit 171; Mr. Carter objects; Court - will be admitted |
| 10:24 a.m. | Objection by Mr. Carter; Court - rephrase the question |
| 10:27 a.m. | Objection by Mr. Carter; Court - overruled |
| 10:30 a.m. | Recess |
| 10:50 a.m. | Jury seated |
| 10:54 a.m. | Mr. Carter begins recross examination of Mr. Huffman |

| | |
|---|---|
| 11:12 a.m. | Mr. Zummo continues with redirect examination of Mr. Huffman |
| 11:13 a.m. | Objection by Mr. Carter; Court - rephrase the question |
| 11:13 a.m. | Objection by Mr. Carter; Court - overruled |
| 11:14 a.m. | Objection by Mr. Carter; Court - overruled |
| 11:15 a.m. | Objection by Mr. Carter; Court - overruled |
| 11:16 a.m. | Objection by Mr. Carter; Court - sustained |
| 11:17 a.m. | Bench conference |
| 11:17 a.m. | Mr. Zummo calls Carolyn Wang via video deposition testimony |
| 12:00 p.m. | Recess |
| 1:12 p.m. | Jury seated |
| 1:15 p.m. | Mr. Zummo advises the Court of a mistake on the video regarding an exhibit; Ms. Smith agrees |
| 1:16 p.m. | Video deposition of Ms. Wang continues |
| 1:32 p.m. | Mr. Zummo calls Daniel Bunting via video deposition testimony |
| 2:07 p.m. | Mr. Dortch calls Travis Huffman; witness sworn in |
| 2:09 p.m. | Mr. Dortch begins direct examination of Mr. Huffman |
| 2:16 p.m. | Objection by Mr. Carter; Court - overruled |
| 2:24 p.m. | Objection by Mr. Carter; Court - sustained |
| 2:26 p.m. | Objection by Mr. Carter; Court - sustained |
| 2:26 p.m. | Objection by Mr. Carter; Court - rephrase the question |
| 2:29 p.m. | Mr. Carter begins cross examination of Mr. Huffman |
| 3:00 p.m. | Bench conference |
| 3:01 p.m. | Mr. Carter continues with cross examination |

| | |
|---|---|
| 3:13 p.m. | Mr. Dortch begins redirect examination of Mr. Huffman |
| 3:15 p.m. | Objection by Mr. Carter; Court - sustained |
| 3:16 p.m. | Mr. Carter begins recross examination of Mr. Huffman |
| 3:19 p.m. | Mr. Dortch continues with redirect examination of Mr. Huffman |
| 3:19 p.m. | Mr. Carter begins recross examination of Mr. Huffman |
| 3:20 p.m. | Recess |
| 3:46 p.m. | Jury seated |
| 3:48 p.m. | Mr. Zummo calls Patrick Yarbrough via video deposition testimony |
| 4:20 p.m. | Mr. Zummo calls Heath West via video deposition testimony |
| 4:53 p.m. | Bench conference |
| 4:54 p.m. | Mr. Zummo calls Alan Hunter via video deposition testimony |
| 5:39 p.m. | Jury excused |
| 5:39 p.m. | Outside the presence of the jury, Ms. Smith offers all agreed exhibits used yesterday; all will be admitted; Court questions Mr. Dortch regarding remainder of Plaintiff's case; Ms. Smith advises Defendants will have one JMOL at the end of Plaintiff's case tomorrow |
| 5:43 p.m. | Recess |