IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BOOKER T. HUFFMAN § | |
| § | |
| V.  § | CIVIL NO. 2:19CV50 |
| § | |
| ACTIVISION PUBLISHING, INC., et al § | |

_____

MINUTES FOR THIRD DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JUNE 23, 2021

OPEN: 8:39 a.m.                                                                                                ADJOURN: 6:15 p.m.
_____

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF: | Patrick Zummo, Micah Dortch and Christopher Lindstrom |
| ATTORNEYS FOR DEFENDANTS: | Melissa Smith, Daralyn Durie and Leon Carter |
| LAW CLERK: | Susan Stradley |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Kate McAlpine |

_____

| | |
|---|---|
| 8:39 a.m. | Outside the presence of the jury, Court and parties discuss issue with exhibits |
| 9:00 a.m. | Recess |
| 9:07 a.m. | Outside the presence of the jury, Court gives his ruling on the exhibit issue; Ms. Durie advises that Defendants' will have a Rule 50 motion |
| 9:17 a.m. | Jury seated |
| 9:20 a.m. | Mr. Zummo recalls Mr. Booker T. Huffman and begins redirect examination |
| 9:25 a.m. | Mr. Carter begins recross examination |

| Time | Event |
|---|---|
| 9:29 a.m. | Mr. Zummo calls Murad Ainuddin via video deposition testimony |
| 10:02 a.m. | Mr. Zummo advises that the Plaintiff rests |
| 10:03 a.m. | Jury excused |
| 10:04 a.m. | Outside the presence of the jury, Court and parties discuss taking up the Rule 50 Motion at a later time |
| 10:07 a.m. | Recess |
| 10:29 a.m. | Jury seated |
| 10:32 a.m. | Ms. Smith calls Dan Bunting; witness sworn in |
| 10:33 a.m. | Ms. Smith begins direct examination of Mr. Bunting |
| 11:34 a.m. | Mr. Dortch begins cross examination of Mr. Bunting |
| 11:48 a.m. | Bench conference |
| 11:49 a.m. | Mr. Dortch continues with cross examination |
| 12:00 p.m. | Bench conference |
| 12:04 p.m. | Recess |
| 1:18 p.m. | Jury seated |
| 1:21 p.m. | Mr. Dortch continues with cross examination of Mr. Bunting |
| 1:54 p.m. | Ms. Smith begins redirect examination of Mr. Bunting |
| 2:02 p.m. | Bench conference |
| 2:03 p.m. | Mr. Dortch begins recross examination of Mr. Bunting |
| 2:04 p.m. | Ms. Courtney Perez calls Evan Rogers; witness sworn in |
| 2:06 p.m. | Ms. Perez begins direct examination of Mr. Rogers |
| 3:03 p.m. | Bench conference |
| 3:03 p.m. | Jury excused |

| | |
|---|---|
| 3:04 p.m. | Outside the presence of the jury, Mr. Dortch questions the Court regarding an exhibit; Court responds |
| 3:05 p.m. | Recess |
| 3:24 p.m. | Jury seated |
| 3:27 p.m. | Mr. Dortch begins cross examination of Mr. Rogers |
| 3:44 p.m. | Ms. Perez begins redirect examination of Mr. Rogers |
| 3:45 p.m. | Ms. Durie calls Dr. Ian Bogost; witness sworn in |
| 3:46 p.m. | Ms. Durie begins direct examination of Dr. Bogost |
| 3:48 p.m. | Ms. Durie offers Dr. Bogost as an expert in video games development; no objection; Dr. Bogost is accepted |
| 4:00 p.m. | Objection by Mr. Dortch; Ms. Durie responds; Court - lay a foundation |
| 4:14 p.m. | Mr. Dortch begins cross examination of Dr. Bogost |
| 4:23 p.m. | Objection by Ms. Durie; Mr. Dortch responds; Court - overruled |
| 4:25 p.m. | Ms. Durie calls William Romeo; witness sworn in |
| 4:26 p.m. | Ms. Durie begins direct examination of Mr. Romeo |
| 4:42 p.m. | Objection by Mr. Dortch; Court - overruled |
| 4:43 p.m. | Mr. Dortch begins cross examination of Mr. Romeo |
| 4:44 p.m. | Ms. Durie advises that the Defendants rest |
| 4:44 p.m. | Bench conference |
| 4:47 p.m. | Jury excused |
| 4:49 p.m. | Outside the presence of the jury, the Court advises the parties the motions for judgment as a matter of law and instructions will be taken up after a short break |
| 4:50 p.m. | Recess |
| 5:09 p.m. | Ms. Durie argues Defendants' Rule 50 motion |

| | |
|---|---|
| 5:12 p.m. | Mr. Zummo responds to argument |
| 5:20 p.m. | Court questions Ms. Durie; Ms. Durie responds; Mr. Zummo responds |
| 5:24 p.m. | Court will carry the motion |
| 5:28 p.m. | Informal charge begins |
| 6:04 p.m. | Court informs the parties to be here at 8:30 tomorrow morning |
| 6:05 p.m. | Ms. Smith reads into the record all exhibits used yesterday; all admitted |
| 6:08 p.m. | Court and parties review verdict form |
| 6:15 p.m. | Recess |