IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BOOKER T. HUFFMAN | § § | |
| V. | § § | CIVIL NO. 2:19CV50 |
| ACTIVISION PUBLISHING, INC., et al | § § | |

MINUTES FOR FOURTH DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JUNE 24, 2021

OPEN: 8:42 a.m.                          ADJOURN: 2:45 p.m.

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF: | Patrick Zummo, Micah Dortch and Christopher Lindstrom |
| ATTORNEYS FOR DEFENDANTS: | Melissa Smith, Daralyn Durie and Leon Carter |
| LAW CLERK: | Susan Stradley |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Kate McAlpine |

| | |
|---|---|
| 8:42 a.m. | Outside the presence of the jury, Mr. Dortch offers three exhibits as an offer of proof; Mr. Andrew Esbenshade responds; Court responds |
| 8:55 a.m. | Ms. Lanier advises the Court of Defendants' objections to the jury instructions |
| 8:57 a.m. | Mr. Zummo responds |
| 8:58 a.m. | Ms. Lanier advises the Court of Defendants' objections to the verdict form |
| 8:59 a.m. | Mr. Zummo advises that Plaintiff does not have any objections |
| 9:00 a.m. | Ms. Smith offers into the record exhibits used yesterday; Court advises that the defendants' exhibits are admitted without objection |

| | |
|---|---|
| 9:03 a.m. | Ms. Lanier advises the Court of the parties agreement regarding an instruction; Court responds |
| 9:05 a.m. | Recess |
| 9:34 a.m. | Jury seated |
| 9:38 a.m. | Mr. Zummo advises that the Plaintiff rests on its entire case |
| 9:38 a.m. | Ms. Durie advises that the Defendants rest on their entire case |
| 9:38 a.m. | Court gives final instructions to the jury |
| 10:14 a.m. | Mr. Zummo begins closing argument for Plaintiff |
| 10:47 a.m. | Ms. Durie begins closing argument for Defendants |
| 11:15 a.m. | Mr. Dortch concludes Plaintiff's closing argument |
| 11:29 a.m. | Jury excused to begin deliberations |
| 11:31 a.m. | Recess |
| 2:35 p.m. | Outside the presence of the jury, parties advise they need to read in some additional exhibits but it will be done after the jury is excused |
| 2:37 p.m. | Jury seated |
| 2:37 p.m. | Court is advised that a verdict has been reached and it is unanimous |
| 2:38 p.m. | Verdict read |
| 2:38 p.m. | Court polls the jury; all eight jurors stood; verdict is confirmed and accepted |
| 2:39 p.m. | Court thanks the jury and releases them |
| 2:43 p.m. | Jury released |
| 2:43 p.m. | Court asks the parties to meet and confer regarding a post trial briefing schedule due by next Friday; Mr. Dortch reads into the record exhibits used yesterday; no objections; received and admitted; Ms. Smith reads into the record additional exhibits used yesterday; no objections; received and admitted |
| 2:45 p.m. | Adjourned |