# VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form and all instructions the Court has given you in its charge. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below. Your answer to each question must be unanimous.

**QUESTION NO. 1:**

Did any of the Defendants infringe Plaintiff's copyright in the G.I. Bro Poster?

Yes \_\_\_\_\_    No __✓__

*If you answered Yes, please proceed to Question No. 2. If you answered No, please proceed to Page 3 and sign and date the verdict form.*

**QUESTION NO. 2:**

What were the Defendants' gross revenues and deductible expenses attributable to the infringement, if any?

Answer in dollars and cents as to each.

| Gross Revenues | Deductible Expenses |
|---|---|
| _____ | _____ |

*Please proceed to Question No. 3.*

**QUESTION NO. 3:**

What percentage, if any, of the Defendants' profits were attributable to factors other than the infringement of Plaintiff's copyright in the G.I. Bro Poster?

_____%

**QUESTION NO. 4:**

Did any Defendant knowingly or intentionally, and with the intent to induce, enable, facilitate, or conceal infringement, provide or distribute copies or derivatives of Plaintiff's G.I. Bro Poster with false copyright management information?

      Yes _____   No _____

*If you answered Yes, please proceed to Question No. 5. If you answered No, please proceed to Page 3 and sign and date the verdict form.*

**QUESTION NO. 5:**

How many times did the Defendants provide or distribute copies or derivatives of Plaintiff's G.I. Bro Poster with false copyright management information?

Answer with the number of violations, if any.

    Number of Violations

    _____

*Please proceed to Page 3 and sign and date the verdict form.*

Your work is done. Please sign and date the verdict form.

**We, the jury, unanimously agree to the answers to the questions set out above, and return them under the instructions of this Court as our verdict in this case.**

Date: _6/24/2021_                                             ███████████████████████