IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BOOKER T. HUFFMAN, <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION PUBLISHING, INC., ACTIVISION BLIZZARD, INC., MAJOR LEAGUE GAMING CORP., TREYARCH CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:19-CV-00050-RWS |

### ORDER

Pursuant to the Court's order awarding costs in the above-captioned matter, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned matter is **DISMISSED**. It is further

**ORDERED** that Defendants Activision Publishing, Inc., Activision Blizzard, Inc., Major League Gaming Corp. and Treyarch Corporation shall recover $3,259.19 in initially unobjected to costs, $23,601.38 in costs for printed or electronically recorded transcripts under § 1920(2), $764 in costs for witnesses under § 1920(3) and $111,079.82 in costs for exemplification and the costs of making copies under § 1920(4).

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 4th day of January, 2022.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE