# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-40067
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
August 11, 2022

Lyle W. Cayce
Clerk

Booker T. Huffman,

    *Plaintiff—Appellant*,

versus

Activision Publishing, Incorporated; Activision Blizzard, Incorporated; Major League Gaming Corporation; Treyarch Corporation,

    *Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 2:19-CV-50

---

Before Smith, Stewart, and Graves, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

Certified as a true copy and issued
as the mandate on Sep 02, 2022

Attest:  *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 22-40067

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.